# United States District Court
## Northern District of California

**SEALED BY ORDER OF COURT**

**FILED**

2007 OCT 12 P 4:09

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S J

UNITED STATES OF AMERICA,

V.

**Huy Ngo**

# WARRANT FOR ARREST

Case Number: **CR-07-00289-03-RMW**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __**Huy Ngo**__

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

(X) Indictment   ( ) Information   ( ) Complaint
( ) Order of Court   ( ) Violation Notice   ( ) Probation Violation Petition

charging him or her with

**Count 1**  21:846, 841(b)(1)(C)  Conspiracy to Possess With Intent to Distribute, and to Distribute MDMA

| | |
|---|---|
| Cita F. Escolano | Deputy Clerk |
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Cita F. Escolano | 05/11/07, San Jose, CA |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ __NO BAIL__   by __Elizabeth Laporte__
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 9/24/07 | SA Danics DEA | [signature] USMS |