IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>           Plaintiff,<br><br>   v.<br><br>HUY NGO,<br>           Defendant. | CASE NO.: C 07-00289 RMW<br><br>**CLERK'S NOTICE TO CONTINUE MOTION HEARING** |

     PLEASE TAKE NOTICE that Defendant's Motion for Reconsideration of Pretrial Release Status in the above-entitled matter which was previously set for December 20, 2007 has been continued to **January 11, 2008 @ 11:00 a.m.**, before Magistrate Patricia V. Trumbull. Parties are to appear in courtroom #5, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

DATED: <u>January 3, 2008</u>

                                                          BY: <u>/s/ Corinne Lew</u>
                                                                 Corinne Lew
                                                            Courtroom Deputy for
                                                          Magistrate Patricia V. Trumbull